**RECEIVED**
IN LAKE CHARLES, LA

OCT 2 5 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| **COINDELL BRYANT** | **CIVIL ACTION NO. 04-2582** |
| VS. | SECTION P |
| **JIM ROGERS, ET AL.** | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's claims seeking injunctive relief be **DENIED** and **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that plaintiff's claims seeking compensatory damages be **DISMISSED WITH PREJUDICE** as failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(ii).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 24 day of October, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE